IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA WATSON,<br><br>    Defendants. | 8:11CR361<br><br>**ORDER** |

  This matter is before the court on the defendant's motion to extend his self-surrender date (Filing No. 101). After a review of the matter,

  IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is continued to on or before September 5, 2012.

  Dated this 11th day of July, 2012.

                BY THE COURT:

                s/ Joseph F. Bataillon
                United States District Judge