IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:11CR361 |
| vs. | |
| JOSHUA WATSON, | ORDER |
| Defendant. | |

Defendant Joshua Watson appeared before the court on Thursday, November 2, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [125]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney Gregory D. Artis, Jr. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on January 3, 2018 at 1:30 p.m. Defendant must be present in person.

Dated this 2nd day of November, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge