IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 8:11CR361 |
| vs. | |
| JOSHUA WATSON, | ORDER |
| Defendant. | |

Defendant Joshua Watson appeared by summons before the court on Monday, July 30, 2018, on a Petition for Warrant or Summons for Offender Under Supervision [155]. Defendant was represented by Retained Attorney Jason E. Troia, and the United States was represented by Assistant U.S. Attorney, Patrick C. McGee. Defendant was not in custody, and therefore not entitled to a preliminary examination. Defendant was released on the current terms and conditions of supervision and additional conditions set forth in a Consent to Modify Conditions of Supervision.

The undersigned magistrate judge does find that the petition alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on September 12, 2018, at 3:00 p.m. Defendant must be present in person.

2. Defendant is released on the current terms and conditions of supervision and additional conditions as set forth in the Consent to Modify Conditions of Supervision [160].

Dated this 31st day of July, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge